**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: 2014 ALLEGHENY COUNTY     :   No. 500 WAL 2016
INVESTIGATING GRAND JURY        :
                                            :
                                            :   Petition for Allowance of Appeal from
PETITION OF: WPXI, INC.             :   the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 16th day of May, 2017, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue[s] set forth below. Allocatur is **DENIED** as to all remaining issues. The issue as framed by Petitioner is:

      Whether WPXI'S appeal of the decision by the Court of Common Pleas of Allegheny County to deny access to official copies of asserted public judicial documents was moot, because unofficial copies of the documents sought purportedly were available on the internet through a non-official source?